Nicie SMITH, on behalf of Nancy
Smith VAN DALSEN, deceased,
Appellant,

v.

ST. VINCENT INFIRMARY; Elizabeth
Wise, attorney; Donna Young; Jane
Doe, Jennifer; Sandra Goforth; Phyl-
lis Goforth; Charlotte Moore; Carrol
Van Dalsen; Phillip Van Dalsen;
Central Arkansas Radiation Therapy
Institute; X. Gao, Dr.; A. Maners, Dr.;
Little Rock Cancer Clinic, S. Kaman-
da, Dr.; Perry County, Arkansas, in-
clusive of titled individuals partici-
pants in fraudulent deed titling; State
of Arkansas; Scott Montgomery,
Sheriff and Collector, Perryville, Ar-
kansas; Dorothy Camp, Perry County
Assessor; Persundra Hood, Perry
County Circuit Clerk, Appellees.

No. 11–3576.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 23, 2012.

Filed: March 28, 2012.

Nicie Smith, Benton, AR, pro se.

Before MURPHY, ARNOLD, and
SHEPHERD, Circuit Judges.

PER CURIAM.

Nicie Smith appeals the district
court's [1] dismissal of her civil complaint for
lack of subject matter jurisdiction. We
conclude that the district court properly
dismissed the complaint, because diversity
jurisdiction is lacking, see 28 U.S.C.
§ 1332(a), and Ms. Smith alleged no viable
basis for federal-question jurisdiction, see
28 U.S.C. § 1331; Ashcroft v. Iqbal, 556
U.S. 662, 129 S.Ct. 1937, 1949, 173 L.Ed.2d
868 (2009) (threadbare recitals of elements
of cause of action supported by mere con-

1. The Honorable James M. Moody, United
States District Judge for the Eastern District
of Arkansas.

clusory statements are not entitled to assumption of truth); *Hull v. Fallon,* 188 F.3d 939, 942 (8th Cir.1999) (requirements for federal question jurisdiction). Accordingly, we affirm the judgment of the district court, *see* 8th Cir. R. 47B, but we modify the dismissal of Ms. Smith's complaint to be without prejudice, *see Cnty. of Mille Lacs v. Benjamin,* 361 F.3d 460, 464 (8th Cir.2004).